IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB C. LOFTIS, and AMANDA LOFTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>STEP TRUCKING, INC., ZARRUKH SHAVKATOV, and HELENA AGRI-ENTERPRISES, LLC,<br><br>Defendants. | 8:23CV523<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

The Court grants Defendant Zarrukh Shavkatov and Defendant Step Trucking, Inc.'s joint unopposed motion to extend deadlines in the final progression order. Filing No. 45.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s):    October 3, 2024.

    Plaintiff(s)' rebuttal:    October 17, 2024.

2) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

1

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | October 3, 2024. |
| For the defendant(s): | November 4, 2024. |
| Plaintiff(s)' rebuttal: | November 18, 2024. |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is December 17, 2024.

4) The deadline for filing motions to dismiss and motions for summary judgment is January 16, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 2, 2025.

6) All other deadlines and provisions of the Court's final progression order not amended herein remain unchanged.

Dated this 29th day of August, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2